## IN RE RESIGNATION OF SPENCER.

[Cite as *In re Resignation of Spencer* (1991), 62 Ohio St.3d 1207.]

(No. 91–1948—Submitted October 9, 1991—Decided October 10, 1991.)

The resignation of Richard F. Spencer, Jr. as an attorney, Registration No. 0034179, is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.